

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

1729 Fifth Avenue North
Suite 900
Birmingham, Alabama 35203

William H. Pryor Jr.
Circuit Judge

Telephone: (205) 278-2030

June 23, 2008

The Honorable Ortie D. Smith, Chair
Judicial Conference for the United States
Committee on the Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2008 JUN 30 A 11: 05 FINANCIAL DISCLOSURE OFFICE

RE: Calendar Year 2007 and 2006 Filings

Dear Judge Smith:

Thank you for your letter dated June 11, 2008, which raised an issue about my 2007 filing. You noted, that in my report for 2007, "In Part VII, page 7, line 35, [I] listed 'DWS Dreman Small Cap Value Instl Cl,' which was not in [my] prior report." You also noted, "In Part VII, page 7, line 48, in [my] prior report [I] listed 'DWS Dreman High Return Fund Class C,' but [I] did not list this asset in [my] current report."

The inadvertent error is in my prior report for 2006. That report should have listed "DWS Dreman Small Cap Value Instl Cl," as the asset on line 48 of page 7. When this error is corrected, all other columns (B through D) remain the same. There is no error in the report for 2007.

I apologize for this error. Please accept this letter as an amendment of my 2006 report.

Sincerely,



| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H | United States Court of Appeals | 05/06/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1729 Fifth Avenue North Suite 900 Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Adjunct Professor | University of Alabama School of Law |
| 2.   Board of Directors | Alabama Center for Law & Civic Education |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 11: 15 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Alabama School of Law | $ 10,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Wilson,Price,Barranco,Blankenship & Billingsley, P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tulane University Law School | February 26, 2007 | New Orleans, LA | Annual McGlinchey Lecture | Transportation, Meals and Lodging |
| 2. | The Federalist Society | March 7, 2007 | New York, NY | Speak, Columbia Chapter | Transportation and Meals |
| 3. | The Federalist Society | March 8, 2007 | Boston, MA | Speak, Harvard Chapter | Transportation, Meals and Lodging |
| 4. | University of Virginia Law School | March 19, 2007 | Charlottesville, VA | Annual Smith Lecture | Transportation and Meals |
| 5. | The Federalist Society | April 17-19, 2007 | Palo Alto, CA | Speak, Stanford Chapter | Transportation and Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pryor, Jr., William H | 05/03/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Alabama State Bar | May 1, 2007 | Montgomrey, AL | Speaker, Law Day | Transportation and Meal |
| 7. | The Federalist Society | May 8, 2007 | Washington D.C. | Video, 25th Anniversary | Transportation |
| 8. | University of Alabama School of Law | August 17, 2007 | Tuscaloosa, AL | Speak at orientation | Transportation |
| 9. | Federal Bar Association | September 6, 2007 | Atlanta, GA | Speaker, National Conv. | Meals & Parking |
| 10. | Liberty University | October 20, 2007 | Lynchburg, VA | Moot court | Transportation and Meals |
| 11. | The Federalist Society 2007 National Lawyers Convention | November 14-17, 2007 | Washington D.C. | Mod. of Panel Discussion | Transportation, Meals & Lodging |
| 12. | University of Alabama School of Law | Aug 9-Dec.7, 2007 | Tuscaloosa, AL | Teaching | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H | 05/03/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   FIDELITY CANADA | B | Dividend | K | T | | | | | |
| 3.   IRA #2 | | | | | | | | | |
| 4.   FIDELITY LEVERAGED COMPANY STOCK | B | Dividend | K | T | | | | | |
| 5.   ALLANCEBER INTL VALUE ADVISOR | A | Dividend | | | SELL | 11/01 | K | D | |
| 6.   ALLIANZ NFJ DIVIDEND VALUE FD CL D | B | Dividend | K | T | | | | | |
| 7.   JANUS OVERSEAS | D | Dividend | L | T | | | | | |
| 8.   IRA #3 | | | | | | | | | |
| 9.   FIDELITY LOW-PRICED STOCK | A | Dividend | | | PARTIAL SELL | 07/18 | K | D | |
| 10. | | | | | SELL | 10/29 | K | E | |
| 11.  FIDELITY CANADA | C | Dividend | K | T | BUY | 07/18 | K | | |
| 12. | | | | | BUY | 10/29 | K | | |
| 13.  IRA #4 | | | | | | | | | |
| 14.  T ROWE PRICE EMERGING EURO & MEDITERRANEAN | C | Dividend | K | T | PARTIAL SELL | 07/09 | K | D | |
| 15.  FIDELITY CONTRAFUND | A | Dividend | K | T | | | | | |
| 16.  FIDELITY LEVERAGED COMPANY STOCK | B | Dividend | K | T | | | | | |
| 17.  T ROWE PRICE LATIN AMERICA FUND | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H | 05/03/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY LOW-PRICED STOCK | A | Dividend | | | SOLD | 11/02 | J | D | |
| 19. MATTHEWS CHINA FUND | B | Dividend | K | T | BUY | 07/12 | K | | |
| 20. | | | | | BUY | 11/05 | J | | |
| 21. IRA #7 | | | | | | | | | |
| 22. T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | J | T | | | | | |
| 23. US GLOBAL REGION EAST EUROPEAN | D | Dividend | K | T | | | | | |
| 24. BROKERAGE ACCT #1 | | | | | | | | | |
| 25. T. ROWE PRICE LATIN AMERICA FUND | B | Dividend | K | T | | | | | |
| 26. | | | | | BUY | 4/27 | J | | |
| 27. | | | | | BUY | 10/30 | J | | |
| 28. THIRD AVENUE INTERNATIONAL VALUE | | None | | | SOLD | 1/25 | J | A | |
| 29. FBR FOCUS FUND | | None | | | BUY | 2/02 | J | | |
| 30. | | | | | SOLD | 12/10 | J | A | |
| 31. BROKERAGE ACCT #2 | | | | | | | | | |
| 32. T. ROWE PRICE EMERG EURO & MEDITERRANEAN | B | Dividend | K | T | | | | | |
| 33. FIDELITY LEVERAGED COMPANY STOCK | B | Dividend | K | T | | | | | |
| 34. SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H | 05/03/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWS DREMAN SMALL CAP VALUE INSTL CL | A | Dividend | | | SOLD | 10/03 | K | D | |
| 36. IVY ASSET STRATEGY CL Y | | None | | | SOLD | 01/05 | K | A | |
| 37. METZLER PAYDEN EURO EMERGING MKTS CL | C | Dividend | L | T | | | | | |
| 38. | | | | | BUY | 03/21 | J | | |
| 39. | | | | | BUY | 4/27 | J | | |
| 40. FIDELITY INTL DISCOVERY | B | Dividend | L | T | | | | | |
| 41. | | | | | BUY | 09/05 | J | | |
| 42. | | | | | BUY | 10/31 | J | | |
| 43. JANUS CONTRARIAN FUND | B | Dividend | K | T | BUY | 1/18 | K | | |
| 44. | | | | | BUY | 7/12 | J | | |
| 45. BRANDYWINE BLUE | C | Dividend | K | T | BUY | 10/04 | K | | |
| 46. FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 47. COMPASS BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H | 05/03/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544